UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 25-CR-0219-JB |
| | ) | |
| Bradford Simmons, | ) | |
| Defendant. | ) | |

DEFENDANT'S POSITION REGARDING  GUIDELINES
CALCULATIONS

The defendant does not object to the guidelines calculations in the draft

presentence report, doc 47.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
(251) 432-0380

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026 I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to AUSA Kacey Chappelear, Esq.

/s/ Arthur J. Madden, III