**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 25-00219-JB-MU** |
| | * | |
| **BRADFORD SIMMONS** | * | |

**UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, in accordance with S.D. Ala. CrLR 32(b), and files its response to the Draft Presentence Investigation Report prepared by the United States Probation Office (Doc. 47) including the application of the sentencing guidelines, and asserts that there are no objections to the same.

Dated this 17th day of July 2026.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

/s/ *Kacey Chappelear*
Kacey Chappelear
Assistant United States Attorney
United States Attorney's Office
11 North Water Street, Suite 30100
Mobile, Alabama 36602
Telephone: (251) 441-5845